In the Matter of the Accounting of MARY H. POTTER
et al., as Executors of EDWARD W. POTTER, Deceased,
Appellants and Respondents.

RUSSELL H. POTTER et al., Respondents and Appellants.

(Argued October 22, 1935; decided November 20, 1935.)

*Joseph Swart, B. Frank Dake* and *Edward J. Jellinek* for Mary H. Potter et al., as executors of Edward W. Potter, deceased, appellants and respondents.

*Helen Z. M. Rodgers* and *Welles V. Moot* for Russell H. Potter, Jr., et al., respondents and appellants.

*Joseph H. Morey* and *Arthur C. Minahan* for Charlotte P. Whitcher, individually and as one of the executors of Harriet E. Potter, deceased, respondent and appellant.

Order affirmed, with costs payable out of the estate to each party appearing by separate attorney and filing a brief, and question certified answered in the affirmative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.